Chase Alvord, OSB #070590
CAlvord@Tousley.com
James Bulthuis, *admitted pro hac vice*
jbulthuis@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
Attorney for Plaintiff

Hon. Michael J. McShane

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| WRIGHT SECURITY ENTERPRISES, LLC | Case No. 6:22−cv−01392−MC |
| Plaintiff, | |
| v. | MOTION FOR DEFAULT |
| JOGAN HEALTH, LLC, a Colorado limited liability company, | |
| Defendant. | |

**MOTION**

Plaintiff seeks an order finding Defendant in default. Because Defendant has not appeared, no LR 7-1 conference could be had.

**I.    FACTS**

This is an action for a breach of contract. Plaintiff asserts that it entered a contract with Jogan Health LLC to provide security services as requested by Jogan Health. Plaintiff alleges

that Jogan Health requested the services, accepted the benefit of the services, and then failed to pay Plaintiff for the services.

After several attempts to collect what it is owed, Wright Security was forced to file this action on September 14, 2022. Jogan Health is licensed to do business within the state of Oregon. As part of its license and registration, Jogan Health appointed Registered Agents Inc. to act as Jogan Health's registered agent in the state. Exhibit 1. On September 20, 2022, Plaintiff caused the Summons and Complaint to be served on Registered Agents Inc. Exhibit 2. In addition, as a courtesy, Plaintiff's counsel emailed the Summons and Complaint to Daniel Dietrich, the member listed for Jogan Health on the Oregon Secretary of State's webpage. Exhibit 3. Mr. Dietrich replied to the email, thus reflecting receipt of the email. *Id.*

## II.    ARGUMENT

Default "shall" be entered when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made apparent by affidavit or otherwise. FRCP 55(a). Defendant was served over 20 days ago, and has failed to plead or otherwise defend, thus warranting entry of a default. Moreover, in the email responding to the courtesy email, Mr. Dietrich did not indicate that Jogan Health was searching for an attorney to represent it nor otherwise gave an indication of an intent to defend.

//

//

//

//

//

//

MOTION FOR DEFAULT
(CASE NO. 6:22−CV−01392−MC) - 2

### III.    CONCLUSION

Defendant has not appeared and has not filed an Answer or other responsive pleading, and the deadline for doing so has expired.  An order of default should be entered.

Dated this 12th day of October, 2022.

s/ *James Bulthuis*
Chase C. Alvord, OSB #070590
calvord@tousley.com
James Bulthuis, *admitted PHV*
jbulthuis@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
(206) 682-5600

MOTION FOR DEFAULT
(CASE NO. 6:22−CV−01392−MC) - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the foregoing on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which automatically sends a copy to all counsel of record.

<i>s/ James Bulthuis</i>
James Bulthuis, <i>admitted PHV</i>

MOTION FOR DEFAULT
(CASE NO. 6:22−CV−01392−MC) - 4

4884-5085-4200, v. 1