Chase C. Alvord                                              Hon. Michael J. McShane
calvord@tousley.com
James Bulthuis
jbulthuis@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| WRIGHT SECURITY ENTERPRISES, LLC | Case No. 6:22−cv−01392−MC |
| Plaintiff, | |
| v. | DECLARATION OF JAMES BULTHUIS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT |
| JOGAN HEALTH, LLC, a Colorado limited liability company, | |
| Defendant. | |

I, James Bulthuis, declare as follows:

1.      I am a member of Tousley Brain Stephens PLLC, an attorney for the plaintiff, am

competent to testify and make this declaration based upon my personal knowledge.

2.      Attached hereto as Exhibit 5 is ledger of my firm's total fees and costs incurred

to assist Wright Security in enforcing its contract with Jogan Health.

3.      I recorded my time in this matter each day in one-tenth of an hour increments.

4.      The rates charged to Wright Security are the standard hourly rates charged by

employees of the Tousley Brain firm.

5.      At the end of each month, each billing professional reviews a draft billing statement for accuracy and efficiency.  I reviewed the monthly "pre-bill" for this matter covering all time recorded each month.  Costs expended by the firm were recorded in the same manner.

6.      The total fees charged and sought for reimbursement here was $6,425.00.  The total costs were $926.58.

7.      I was licensed in Washington in 2011, after graduating *magna cum laude* from Willamette University School of Law.  Before graduating law school, I worked for the Gatti & Gatti law firm in Salem, Oregon, which was a personal injury law firm.  I worked at the Gatti firm for nine years in various administrative and law clerk roles.  My practice is now in the commercial litigation realm, with a focus on real estate disputes such as environmental contamination, condemnation, and property disputes, although I also handle more run-of-the mill commercial matters.  I have been fortunate to have first- and second-chaired numerous trials in state and federal courts throughout Oregon and Washington.  I am admitted to practice in both US District Courts for Washington, as well as the Ninth Circuit Court of Appeals and the U.S. Supreme Court.

8.      My current hourly rate is $400/hr.  I have reviewed the Oregon State Bar's Economic Survey that is linked on this Court's website.  That survey is from 2017 and does not reflect the significant rise in billing rates due to the demand legal services, consolidation of firms, and inflation seen since then.  Accordingly, that survey does not offer much assistance.  I offer the following information to justify the requested hourly rate.

9.      I maintain a full caseload with clients who pay this hourly rate.  Numerous judges have approved this rate or higher.  In October, the Kitsap County superior court approved this

MOTION FOR ENTRY OF DEFAULT JUDGMENT
(6:22−cv−01392−MC ) - 2

rate in Cause No. 22-2-00157-18. Kitsap County is a rural county on the Olympic Peninsula in Washington. Judge McDonald in King County implicitly approved a higher rate of $525/hr. in 2019 for a class action I worked on. King Ct. Sup. Ct. #17-2-23244-1. Federal courts in Illinois and California also approved rates of $420-525/hr for class action contingency work that I performed during 2016-2019.

10.    For better or worse, I have prepared and filed several fee applications over the past few years, and in doing so, I have repeatedly updated my own personal research on hourly rates charged by attorneys in the market. In addition, when the Tousley Brain firm adjusts its billable rates, it does so only after a thorough review of the legal market. We examine what other firms charge who are comparable to our size, experience and areas of practice. Similarly, we routinely review fee applications and requests made by counsel in their own cases to stay abreast of what are competitive rates. The firm also acquired, and I have reviewed, a detailed survey of billable rates for attorneys in the Pacific Northwest, broken down into categories such as size of the firm, area of practice, years of experience, and other demographic factors. Based on all this information, I am familiar with the rates charged in the Pacific Northwest for legal services comparable to those performed by Tousley Brain. I declined to increase my hourly rate during the past year in an effort to keep my rates consistent with the regional market, while the rest of the firm's attorneys have increased theirs. Based on my experience and familiarity with the hourly rates charged by counsel in the region, the hourly rate of $400 falls within the range of hourly rates charged by professionals in the region.

I declare under penalty of perjury of the laws of the state of Oregon that the foregoing is true and correct, to the best of my knowledge and belief, and that I understand it is made for use

//

MOTION FOR ENTRY OF DEFAULT JUDGMENT
(6:22−cv−01392−MC ) - 3

4863-4826-3487, v. 1

as evidence in court and is subject to the penalty for perjury.

Dated this 21st day of November, 2022, in Spokane, Washington.

_s/ James Bulthuis_
James Bulthuis, *admitted pro hac vice*

MOTION FOR ENTRY OF DEFAULT JUDGMENT
(6:22−cv−01392−MC ) - 4

# EXHIBIT 5

# EXHIBIT 5

Date: 11/21/2022

**Detail Cost Transaction File List**

Tousley Brain Stephens PLLC

Page: 1

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 110 Reproductions** | | | | | | | | |
| 7047.001 | 10/03/2022 | 78 | A | 110 | 0.220 | 1.54 | BW Reproductions Wright Security Enterprises LLC JOGAN HEALTH | ARCH |
| 7047.001 | 11/09/2022 | 68 | P | 110 | 0.220 | 1.54 | BW Reproductions Wright Security Enterprises LLC JOGAN HEALTH | 8 |
| Subtotal for Client ID 7047.001 | | | | | Billable | 3.08 | Wright Security Enterprises LLC JOGAN HEALTH | |
| **Total for Tcode 110** | | | | | Billable | 3.08 | Reproductions | |
| **Tcode 115 Filing Fee** | | | | | | | | |
| 7047.001 | 09/14/2022 | 68 | A | 115 | | 402.00 | Filing Fee - TBS CORPORATE MASTERCARD - Oregon District Court Wright Security Enterprises LLC JOGAN HEALTH | ARCH |
| 7047.001 | 09/15/2022 | 68 | A | 115 | | 300.00 | Filing Fee - TBS CORPORATE MASTERCARD - Oregon District Court Wright Security Enterprises LLC JOGAN HEALTH | ARCH |
| Subtotal for Client ID 7047.001 | | | | | Billable | 702.00 | Wright Security Enterprises LLC JOGAN HEALTH | |
| **Total for Tcode 115** | | | | | Billable | 702.00 | Filing Fee | |
| **Tcode 125 Messenger/Service Fee** | | | | | | | | |
| 7047.001 | 09/20/2022 | 68 | A | 125 | | 191.00 | Messenger/Service Fee A B C LEGAL SERVICES, INC - Invoice #12382480.100 Wright Security Enterprises LLC JOGAN HEALTH | ARCH |
| Subtotal for Client ID 7047.001 | | | | | Billable | 191.00 | Wright Security Enterprises LLC JOGAN HEALTH | |
| **Total for Tcode 125** | | | | | Billable | 191.00 | Messenger/Service Fee | |
| **Tcode 131 Conference Call** | | | | | | | | |
| 7047.001 | 10/12/2022 | 68 | A | 131 | | 0.68 | Conference Call - TBS CORPORATE MASTERCARD - Start Meeting - Invoice #70525789 [9/19/22] Wright Security Enterprises LLC JOGAN HEALTH | ARCH |
| 7047.001 | 11/12/2022 | 68 | P | 131 | | 1.34 | Conference Call - TBS CORPORATE MASTERCARD - Start Meeting - Invoice #70804257 [10/14/22] Wright Security Enterprises LLC JOGAN HEALTH | 9 |
| Subtotal for Client ID 7047.001 | | | | | Billable | 2.02 | Wright Security Enterprises LLC JOGAN HEALTH | |
| **Total for Tcode 131** | | | | | Billable | 2.02 | Conference Call | |
| **Tcode 155 Computer Research** | | | | | | | | |
| 7047.001 | 08/31/2022 | 68 | A | 155 | | 19.98 | Computer Research - Thomson Reuters West Payment Center - Westlaw Searches & Reports 08/01/22 - 08/31/22 Wright Security Enterprises LLC JOGAN HEALTH | ARCH |
| 7047.001 | 10/31/2022 | 68 | A | 155 | | 8.50 | Computer Research - Thomson Reuters West Payment Center - Westlaw Searches & Reports 10/01/22 - 10/31/22 Wright Security Enterprises LLC JOGAN HEALTH | ARCH |

Date: 11/21/2022                                    **Detail Cost Transaction File List**                                    Page: 2
                                                    Tousley Brain Stephens PLLC

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Subtotal for Client ID 7047.001 | | | | | Billable | 28.48 | Wright Security Enterprises LLC | |
| | | | | | | | JOGAN HEALTH | |
| **Total for Tcode 155** | | | | | Billable | 28.48 | Computer Research | |

| | **GRAND TOTALS** | |
|---|---|---|

|  | Billable | 926.58 |
|---|---|---|

Date: 11/21/2022            **Detail Fee Transaction File List**            Page: 1

Tousley Brain Stephens PLLC

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 7047.001 Wright Security Enterprises LLC** | | | | | | | | | |
| 7047.001 | 08/10/2022 | 68 | A | 1 | 400.00 | 0.30 | 120.00 | Analyzed unsigned contract with Jogan Health; reviewed email correspondence; drafted email to client. | ARCH |
| 7047.001 | 08/11/2022 | 68 | A | 1 | 400.00 | 1.50 | 600.00 | Reviewed additional materials received from client (billing statements, emails); drafted demand letter and emailed draft of same to clients for approval. | ARCH |
| 7047.001 | 08/12/2022 | 68 | A | 1 | 400.00 | 0.30 | 120.00 | Revised and finalized demand letter. | ARCH |
| 7047.001 | 08/30/2022 | 68 | A | 1 | 400.00 | 0.50 | 200.00 | Prepared for and held call with Winston and Will regarding next steps, expectations. | ARCH |
| 7047.001 | 09/02/2022 | 68 | A | 1 | 400.00 | 1.10 | 440.00 | Drafted complaint. | ARCH |
| 7047.001 | 09/06/2022 | 68 | A | 1 | 400.00 | 0.10 | 40.00 | Brief revisions to Complaint. | ARCH |
| 7047.001 | 09/07/2022 | 68 | A | 1 | 400.00 | 0.40 | 160.00 | Revised Complaint, drafted email to clients regarding same. | ARCH |
| 7047.001 | 09/09/2022 | 68 | A | 1 | 400.00 | 0.20 | 80.00 | Revised complaint; emails with client regarding same. | ARCH |
| 7047.001 | 09/14/2022 | 84 | A | 1 | 225.00 | 1.50 | 337.50 | Edited complaint; drafted civil cover sheet and summons. | ARCH |
| 7047.001 | 09/14/2022 | 68 | A | 1 | 400.00 | 0.50 | 200.00 | Review of local rules, instructed on service and filing requirements, drafted pro hac vice motion. | ARCH |
| 7047.001 | 09/15/2022 | 68 | A | 1 | 400.00 | 0.40 | 160.00 | Reviewed/responded to email from client regarding service; finalized admission paperwork; emails with court staff; revised summons. | ARCH |
| 7047.001 | 09/19/2022 | 68 | A | 1 | 400.00 | 0.30 | 120.00 | Personal conference with Will & Winston regarding next steps, and payment received from Jogan. | ARCH |
| 7047.001 | 09/20/2022 | 68 | A | 1 | 400.00 | 0.20 | 80.00 | Emails with client regarding service of summons; drafted email to Mr. Dietrich regarding lawsuit and payment plan. | ARCH |
| 7047.001 | 09/21/2022 | 68 | A | 1 | 400.00 | 0.20 | 80.00 | Reviewed/responded to email from clients regarding use of partial payment funds; reviewed email from Mr. Dietrich; emailed clients. | ARCH |
| 7047.001 | 10/10/2022 | 68 | A | 1 | 400.00 | 0.70 | 280.00 | Instructed on affidavit of service; drafted memorandum in support of motion for default. | ARCH |
| 7047.001 | 10/11/2022 | 68 | A | 1 | 400.00 | 0.30 | 120.00 | Finalized motion for default and supporting materials. | ARCH |
| 7047.001 | 10/12/2022 | 68 | A | 1 | 400.00 | 1.20 | 480.00 | Reviewed news article; drafted letter to state of Oregon; brief research into legal actions against Jogan Health. | ARCH |
| 7047.001 | 10/13/2022 | 68 | A | 1 | 400.00 | 0.30 | 120.00 | Revised letter and sent same to clients for review; reviewed responses. | ARCH |
| 7047.001 | 10/14/2022 | 68 | A | 1 | 400.00 | 0.40 | 160.00 | Revised letter; personal conference with Will and Winston; sent letter to OHA. | ARCH |
| 7047.001 | 11/02/2022 | 68 | P | 1 | 400.00 | 0.80 | 320.00 | Began preparing motion for default judgment. | 21 |
| 7047.001 | 11/09/2022 | 68 | P | 1 | 400.00 | 0.40 | 160.00 | Continued drafting motion for default judgment. | 22 |
| 7047.001 | 11/10/2022 | 84 | P | 1 | 225.00 | 2.70 | 607.50 | Prepared documents for declaration exhibits and drafted client declaration; viewed news story and searched for lawsuits against Jogan Health. | 20 |
| 7047.001 | 11/10/2022 | 68 | P | 1 | 400.00 | 2.00 | 800.00 | Personal conference with Mr. Wright and Mr. Glennie to discuss next steps; inquired regarding interest; discussed contact by news reporter in Colorado regarding other action against Jogan Health; emails instructing on calculation of prejudgment interest; worked on default judgment. | 25 |
| 7047.001 | 11/18/2022 | 68 | P | 1 | 400.00 | 0.70 | 280.00 | Analyzed prejudgment interest calculations prepared by client; revised declaration of Mr. Wright to reflect same; updated brief; drafted declaration of Mr. Bulthuis. | 23 |
| 7047.001 | 11/21/2022 | 68 | P | 1 | 400.00 | 0.90 | 360.00 | Revised declaration of counsel; revised/finalized motion's brief; reviewed communications with client regarding declaration of W. Wright, and finalized same. | 24 |

Date: 11/21/2022 **Detail Fee Transaction File List** Page: 2

Tousley Brain Stephens PLLC

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------|
| **Total for Client ID 7047.001** | | | | | Billable | 17.90 | 6,425.00 | Wright Security Enterprises LLC JOGAN HEALTH | |

| | | | **GRAND TOTALS** | | | |
|---|---|---|---|---|---|---|
| | | Billable | 17.90 | 6,425.00 | | |