IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WRIGHT SECURITY ENTERPRISES, LLC,

        Plaintiff,

v.

JOGAN HEALTH, LLC, a Colorado limited
liability company,

        Defendant.
_____

Case No. 6:22-cv-1392-MC

JUDGMENT

MCSHANE, Judge:

        Based on the record, judgment for Plaintiff Wright Security Enterprises, LLC Plaintiff is entitled to $474,788.55 in damages, $6,425.00 in fees, $926.58 in costs, and $28,864.24 in prejudgment interest.

IT IS SO ORDERED.

        DATED this 25th day of January, 2023.

                                              _____/s/ Michael J. McShane_____
                                                        Michael McShane
                                                    United States District Judge